## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 5 C 4386 | **DATE** | 1/9/2006 |
| **CASE TITLE** | Coons et al vs. Pontikes et al | | |

**DOCKET ENTRY TEXT**

Pursuant to FRCP 41(a)(1)(i), plaintiffs voluntarily dismiss their second amended complaint. Status hearing set for 1/12/2006 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TSA |
|---|---|---|